UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JUDICIAL WATCH, INC., <br><br> *Plaintiff,* <br><br> v. <br><br> U. S. DEPARTMENT OF JUSTICE, <br><br> *Defendant.* | ) ) ) ) ) ) ) ) ) ) ) ) ) Civ. A. No. 23-1608 (SLS) |

## STIPULATION OF DISMISSAL

After reviewing the responses by Defendant U.S. Department of Justice ("Defendant") to the Freedom of Information Act request submitted by Plaintiff Judicial Watch, Inc. ("Plaintiff"), Plaintiff is now satisfied that Defendant has produced all non-exempt records responsive to its request.

Accordingly, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties to this action hereby stipulate to the dismissal of this action with prejudice, with each party to bear their own costs, attorney's fees, and expenses.

Dated: February 5, 2025

   */s/ Lauren M. Burke*
LAUREN M. BURKE
D.C. Bar No. 1028811
JUDICIAL WATCH, INC.
425 Third Street, SW Suite 800
Washington, DC 20024
(202) 646-5172
Lburke@judicialwatch.org

*Counsel for Plaintiff*

Respectfully submitted,

EDWARD R. MARTIN, JR., D.C. Bar #481866United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

By:     */s/ Erika Oblea*
    ERIKA OBLEA, DC BAR #1034393
Assistant United States Attorney
U.S. Attorney's Office, Civil Division
601 D Street, N.W.
Washington, DC 20530
(202) 252-2567
Erika.oblea@usdoj.gov

*Counsel for Defendant*